UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| MARY V. CROSS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 14-1395 |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

# O R D E R  &  O P I N I O N

On September 29, 2014, Plaintiff, proceeding pro se, filed the present appeal from the Social Security Administration's final decision denying her benefits. (Doc. 1). At the time Plaintiff filed her Complaint, she also filed motions for leave to proceed in forma pauperis and to request counsel. (Docs. 2, 3). The Court granted Plaintiff's motion for leave to proceed in forma pauperis, but denied her motion to request counsel. (Doc. 4).

Once Defendant filed an Answer, the Court sent Plaintiff a copy of Local Rule 8.1(D), setting forth the procedures for social security cases in this district. (Doc. 11). Under that rule, a plaintiff must file a motion for summary judgment within thirty days after the responsive pleading is filed. CDIL-LR 8.1(D). Plaintiff's motion was initially due by March 9, 2015. To date, the Court has not received any filings from Plaintiff—not a motion for summary judgment or a request for an extension of time. On March 26, 2015, the Court, acting sua sponte, granted Plaintiff two weeks from that date to file the requisite motion, and warned Plaintiff that a failure to file

could result in her case being dismissed. Because Plaintiff has filed no motions despite expiration of the extended deadlines, this case will now be dismissed for failure to prosecute.

IT IS THEREFORE ORDERED that this case is DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(b) for want of prosecution.

CASE TERMINATED.


Entered this 13th day of April, 2015.


                                                     s/Joe B. McDade
                                                     JOE BILLY McDADE
                                      United States Senior District Judge